UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 8 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JEROME L. GRIMES,                    :
                                     :
        Plaintiff,               :
                                     :
v.                                   :    Civil Action No. 17-1560 (UNA)
                                     :
MR. MARTINEZ, *et al.*,              :
                                     :
        Defendants.              :

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court has reviewed the complaint and finds it incomprehensible. There are 53 defendants listed, and as there no factual allegations, the complaint does not state grounds for the Court's jurisdiction, a claim showing plaintiff's entitlement to relief, or any basis for plaintiff's demand for damages of $777,000. Because the complaint fails to meet the standard set forth in Rule 8(a), the Court will dismiss it. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 6/25/17

_____
United States District Judge